**Paul T. Cullen, Esq. (#193575)**
**THE CULLEN LAW FIRM, APC**
**19360 Rinaldi Street, Box 647**
**Porter Ranch, CA 91326**
**e-mail: paul@cullenlegal.com**
**Tel: (818) 360-2529**
**Fax: (866) 794-5741**

Attorneys for Plaintiff
BRIAN SHEEHY, an, individual

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SHEEHY, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BLACKSTONE INVESTMENT GROUP, INC.; YOUNGSTOWN GLOVE CO., LLC, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: **2:14-cv-00240-JAK-AS**<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Pursuant to the agreement the parties acknowledged in the concurrently filed stipulation, Plaintiff's case is hereby dismissed, with prejudice, with each side bearing his/its attorney's fees and costs.

　　　IT IS SO ORDERED.

Dated: June 6, 2014

_____
John A. Kronstadt
Judge of the District Court